**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-01675-AP

LINDA S. NELSON,

       Plaintiff,

   v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.    APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Ronald B. Eskin<br>228 Central Street<br>Lowell, MA 01852<br>978-937-1600<br>reskin52@hotmail.com | TROY A. EID<br>United States Attorney<br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-1570<br>(303) 844-0770 (facsimile)<br>debra.meachum@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A. Date Complaint Was Filed:** 8/7/08
    **B. Date Complaint Was Served on U.S. Attorney's Office:** 8/15/08
    **C. Date Answer and Administrative Record Were Filed:** 10/17/08

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

    **A.** Plaintiff states that the administrative record is adequate.
    **B.** Defendant states that the administrative record is adequate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

    **A.** Plaintiff states that she does not intend to submit additional evidence.
    **B.** Defendant does not intend to submit additional evidence. Defendant reserves the right to respond to any additional evidence that Plaintiff submits.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

    **A.** Plaintiff states that the case does not raise any unusual claims or defenses.
    **B.** Defendant, to the best of his knowledge, states that he is not aware of any unusual claims or defenses in this case.

**7. OTHER MATTERS**

    **A**. Plaintiff states that there are no other matters.
    **B.** Defendant states that there are no other matters.

**8. BRIEFING SCHEDULE**

    **A. Plaintiffs Opening Brief Due:** 12/23/08
    **B. Defendant's Response Brief Due:** 1/23/09
    **C. Plaintiffs Reply Brief (If Any) Due:** 2/9/09

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A. **Plaintiffs Statement:** Plaintiff does not request oral argument.
    B. **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1© BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The Plan may be altered or amended only upon a showing of good cause.

DATED this 6th day of November, 2008.

                                  BY THE COURT:

                                  *S/John L. Kane*
                                  U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| s/Ronald B. Eskin | TROY A. EID |
|  | United States Attorney |
| Ronald B. Eskin |  |
| 228 Central Street | KEVIN TRASKOS |
| Lowell, MA 01852 | Deputy Chief, Civil Division |
| 978-937-1600 | United States Attorney's Office |
| reskin52@hotmail.com | District of Colorado |
|  | Kevin.Traskos@usdoj.gov |
|  |  |
|  | s/ Debra J. Meachum |
|  | Debra J. Meachum |
|  | Special Assistant U.S. Attorney |
|  | 1961 Stout Street, Suite 1001A |
|  | Denver, Colorado 80294 |
|  | (303) 844-1570 |
|  | Debra.meachum@ssa.gov |