IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01675-REB

LINDA S. NELSON,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
        Commissioner, Social Security Administration,

        Defendant.

---

ORDER APPROVING STIPULATED MOTION FOR AWARD OF ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412

---

The Court has reviewed the parties' stipulated motion, dated August 21, 2009, for an award of attorney fees pursuant to the Equal Access to Justice Act, ("EAJA"), 28 U.S.C. §2412(d). Based upon these documents, the Court hereby orders that:

    the stipulation for attorney fees pursuant to the EAJA is approved, and Defendant is ordered to pay the amount of $3,600.00 to Plaintiff for attorney fees pursuant to the EAJA;

    payment of the $3,600.00 shall constitute a complete release from and bar to any claims Plaintiff may have relating to EAJA costs and fees in connection with this action;

    this award is without prejudice to the right of Plaintiff's counsel to seek attorney fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

    DATED this 24th day of August, 2009.

                              BY THE COURT:

                              */s/ Robert E. Blackburn*
                              Robert E. Blackburn
                              United States District Judge